```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SLATER & ZEIEN, LLP                       CIVIL ACTION

VERSUS                                    NO: 07-9161

OCEAN TECHNICAL SERVICES,                 SECTION: "J" (2)
INC.
```

**ORDER**

Before the Court is plaintiff's **Motion for Summary Judgment (Rec Doc. 7)**. As a preliminary matter, the defendant filed a memorandum in opposition urging the Court to continue this motion based on Federal Rule of Civil Procedure 56(f) until the completion of discovery. Rule 56(f) provides that "If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may: (1) deny the motion; (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or (3) issue any other just order." Fed. R. Civ. P. 56(f). Rule 56(f) was designed to protect against pre-mature dismissal on a motion for summary judgment. <u>Washington v. Allstate Ins. Co.</u>, 901 F.2d

1281, 1286 (5th Cir. 1990) (citing 10A WRIGHT, MILLER, AND KANE, FEDERAL PRACTICE AND PROCEDURE § 2740 (1983)).  Arguments made under Rule 56(f) are "generally favored and should be liberally granted."  Beattie v. Madison County School Dist., 254 F.3d 595, 606 (5th Cir. 2001).  The defendant has demonstrated to the Court through its motion and affidavit that it cannot adequately oppose this motion without completing discovery in this case. Accordingly,

**IT IS ORDERED** that plaintiff's **Motion for Summary Judgment (Rec Doc. 7)** is hereby **DENIED** without prejudice such that plaintiff may reurge this motion after the completion of discovery in this case.

New Orleans, Louisiana, this 21st day of November, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE